1  Reuben D. Nathan, Esq. (SBN 208436)
   AZIMY & NATHAN, LLP
2  18500 Von Karman Ave., Suite 500
3  Irvine, California 92612
   Phone:  (949) 486-1888
4  Fax:      (949) 486-1889
   Email: r.n@azimynathan.com
5          e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
   JERRY BO
7

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BO, | Case No.: CV07-5901 MMM (PJWx) |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER OF STIPULATION OF DISMISSAL** |
| JUNG & CHO OF CLAIFORNIA, INC. dba YUKON MINING CO. RESTAURANT and Does 1 through 10, inclusive. | |
| | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

- 1 -

[PROPOSED] ORDER OF STIPULATION OF DISMISSAL

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice.

Dated:  July 17, 2008

_____
United States District Court Judge

[PROPOSED] ORDER OF STIPULATION OF DISMISSAL